

FILED
CLERK, U.S. DISTRICT COURT
10/29/21
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_ RO \_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CESAR ORENSO MOLINA MUNOZ,<br>　aka "Cesar Castillo Munoz,"<br>　aka "Kevin Noriega,"<br>　aka "Cesar Munoz,"<br>　aka "Kevin Estuardo Molina,"<br>　aka "Kevin Molina,"<br>　aka "Miguel Alcoba,"<br><br>　　　　Defendant. | CR 2:21-cr-00509-MCS<br><br>I N D I C T M E N T<br><br>[U.S.C. § 1343: Wire Fraud;<br>18 U.S.C. § 912: False<br>Impersonation of a Federal Officer<br>and Employee] |

　　The Grand Jury charges:

COUNTS ONE THROUGH FIVE

[18 U.S.C. § 1343]

A.　INTRODUCTORY ALLEGATIONS

　　At times relevant to this Indictment:

　　1.　Facebook, Inc. ("Facebook") was a social media company headquartered in Menlo Park, California that owned and operated social media applications and services, including a social media messaging application known as WhatsApp Messenger ("WhatsApp").

2. To route all WhatsApp messages, WhatsApp used Facebook's data centers located outside of California, including in Altoona, Iowa; Forest City, North Carolina; Fort Worth, Texas; Prineville, Oregon; and Lulea, Sweden.

3. Defendant CESAR ORENSO MOLINA MUNOZ, also known as ("aka") "Cesar Castillo Munoz," aka "Kevin Noriega," aka "Cesar Munoz," aka "Kevin Estuardo Molina," aka "Kevin Molina," aka "Miguel Alcoba," was not a federal agent or employee with Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE").

4. Victim V.G., and her daughter J.G., were residents of Los Angeles County, California.

5. In 2019, victim V.G.'s husband was not legally in the United States, and was in ICE custody. At no time in 2019 was victim V.G.'s husband issued a bond to be released from ICE custody.

B.  THE SCHEME TO DEFRAUD

6. Beginning no later than in or about April 2019 and continuing until on or about July 14, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant MOLINA MUNOZ, knowingly and with intent to defraud, devised, participated in, and executed a scheme to defraud victim V.G. and her daughter J.G. as to material matters, and to obtain money from victim V.G. by means of materially false and fraudulent pretenses, representations, and promises.

7. The scheme to defraud operated, in substance, as follows:

   a. To induce victim V.G. to give him money, defendant MOLINA MUNOZ falsely represented to victim V.G. and J.G. that: (1) defendant MOLINA MUNOZ was a federal agent and employee of ICE; and (2) in exchange for payment, defendant MOLINA MUNOZ could have

victim V.G.'s husband's bond process expedited and that defendant MOLINA MUNOZ could have victim V.G.'s husband released from ICE custody.  In fact, as defendant MOLINA MUNOZ then knew, he was not a federal agent or employee with DHS or ICE, and he could not have victim V.G.'s husband's bond expedited or have victim V.G.'s husband released from ICE custody.

    b. To further support his false representations, defendant MOLINA MUNOZ would impersonate a federal agent, including by going to victim V.G.'s home dressed in clothing with what appeared to be a DHS logo, a tactical vest, a utility belt, a badge, and a holstered firearm.  Defendant MOLINA MUNOZ would also send victim V.G. text messages falsely representing that he was on duty with ICE agents.

    c. To further support his false representations and to induce victim V.G. to give him more money, in person and in text messages, defendant MOLINA MUNOZ would give victim V.G. and J.G. false information and inapplicable forms to fill out regarding victim V.G.'s husband's bond and custody status, as well as false updates on defendant MOLINA MUNOZ's purported efforts to have victim V.G.'s husband released from ICE custody.

    d. Based on defendant MOLINA MUNOZ's false representations, victim V.G. and J.G. believed that defendant MOLINA MUNOZ was an ICE agent and could have victim V.G.'s husband released from ICE custody if victim V.G. paid defendant MOLINA MUNOZ.  Victim V.G. thus paid defendant MOLINA MUNOZ a total of approximately $6,100, in order to have her husband released from ICE custody.  Contrary to defendant MOLINA MUNOZ's representations, none of the money victim V.G. paid him went to her husband's bond and defendant

MOLINA MUNOZ did not have victim V.G.'s husband released from ICE custody.

   e. In furtherance of the scheme and to cover up the scheme, after victim V.G. paid defendant MOLINA MUNOZ a total of approximately $6,100, defendant MOLINA MUNOZ falsely represented to J.G. that victim V.G.'s husband would be released soon.  When victim V.G.'s husband was not released, defendant MOLINA MUNOZ did not return victim V.G.'s money and defendant MOLINA MUNOZ stopped responding to victim V.G. and J.G.

C. <u>THE USE OF THE WIRES</u>

  8. On or about the following dates, within the Central District of California, and elsewhere, for the purpose of executing the above-described scheme to defraud, defendant MOLINA MUNOZ transmitted and caused the transmission of the following items by means of wire communication in interstate and foreign commerce, through servers outside the State of California into the State of California:

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| ONE | 5/29/2019 | A WhatsApp message to victim V.G. stating, "I'm going to investigate in a while. I'll let you know tomorrow and thanks for the favor you did for me. Don't worry." |
| TWO | 5/31/2019 | A WhatsApp message to victim V.G. with a photograph of ICE agents and officials working, with a message stating, "I am still here, I'll call you at 7." |
| THREE | 5/31/2019 | A WhatsApp message to victim V.G. with a Google link to information about the Metropolitan Detention Center in Los Angeles, with a message stating, "I am trying to have him moved here." |

| COUNT | DATE | DESCRIPTION |
|-------|------|-------------|
| FOUR | 6/10/2019 | A WhatsApp message to victim V.G. with a picture of an ICE Form titled "Immigration Bond," with a message stating, "Ask your daughter if she can print these forms so you can fill them out, if not I can bring them to you." |
| FIVE | 6/18/2019 | A WhatsApp message to victim V.G. stating, "The application is being processed, remember you just filled out the application. They'll call your daughter this week or at the beginning of next week at the latest, after that he will be interviewed and lastly the judge will make a decision and sign/affirm the order, remember lets not talk about this too much they are checking…Patience, if we are discovered/found out the case will be worse." |

COUNT SIX

[18 U.S.C. § 912]

On or about May 29, 2019, in Los Angeles County, within the Central District of California, defendant CESAR ORENSO MOLINA MUNOZ, also known as ("aka") "Cesar Castillo Munoz," aka "Kevin Noriega," aka "Cesar Munoz," aka "Kevin Estuardo Molina," aka "Kevin Molina," aka "Miguel Alcoba," falsely assumed and pretended to be an officer and employee acting under the authority of the United States and a department and agency thereof, namely, a federal employee with the United States Department of Homeland Security ("DHS"), United States Immigration and Customs Enforcement ("ICE"), knowing that he was not in fact an officer or employee of DHS or ICE, and in such pretended character demanded and obtained something of value, namely, $100 from victim V.G.

COUNT SEVEN

[18 U.S.C. § 912]

On or about June 10, 2019, in Los Angeles County, within the Central District of California, defendant CESAR ORENSO MOLINA, also known as ("aka") "Cesar Castillo Munoz," aka "Kevin Noriega," aka "Cesar Munoz," aka "Kevin Estuardo Molina," aka "Kevin Molina," aka "Miguel Alcoba," falsely assumed and pretended to be an officer and employee acting under the authority of the United States and a department and agency thereof, namely, a federal employee with the United States Department of Homeland Security ("DHS"), United States Immigration and Customs Enforcement ("ICE"), knowing that he was not in fact an officer or employee of DHS or ICE or the United States, and in such pretended character demanded and obtained something of value, namely, $800 from victim V.G.

COUNT EIGHT

[18 U.S.C. § 912]

On or about June 11, 2019, in Los Angeles County, within the Central District of California, defendant CESAR ORENSO MOLINA, also known as ("aka") "Cesar Castillo Munoz," aka "Kevin Noriega," aka "Cesar Munoz," aka "Kevin Estuardo Molina," aka "Kevin Molina," aka "Miguel Alcoba," falsely assumed and pretended to be an officer and employee acting under the authority of the United States and a department and agency thereof, namely, a federal employee with the United States Department of Homeland Security ("DHS"), United States Immigration and Customs Enforcement ("ICE"), knowing that he was not in fact an officer or employee of DHS or ICE or the United States, and in such pretended character demanded and obtained something of value, namely, $200 from victim V.G.

COUNT NINE

[18 U.S.C. § 912]

On or about June 13, 2019, in Los Angeles County, within the Central District of California, defendant CESAR ORENSO MOLINA, also known as ("aka") "Cesar Castillo Munoz," aka "Kevin Noriega," aka "Cesar Munoz," aka "Kevin Estuardo Molina," aka "Kevin Molina," aka "Miguel Alcoba," falsely assumed and pretended to be an officer and employee acting under the authority of the United States and a department and agency thereof, namely, a federal employee with the United States Department of Homeland Security ("DHS"), United States Immigration and Customs Enforcement ("ICE"), knowing that he was not in fact an officer or employee of DHS or ICE or the United States, and in such pretended character demanded and obtained something of value, namely, $5,000 from victim V.G.

A TRUE BILL

/S/
Foreperson

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section

SONYA NEVAREZ
Special Assistant United States Attorney, General Crimes Section